An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WAYNE PAUL BURGARELLO,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
PATRICK FLANAGAN, DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68008

**FILED**

MAY 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION AND MOTION FOR STAY*

This is an original petition for a writ of mandamus or prohibition requesting a stay of a trial scheduled to begin on Monday, May 18, 2015. Petitioner also filed a motion for stay. Having considered all documents on file herein, we deny the petition and motion, without prejudice to petitioner's ability to initiate additional appropriate proceedings challenging any of the district court's orders following the hearing scheduled for May 19, 2015.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

COURT OF APPEALS
OF
NEVADA

(O) 1947B

15-15061

cc: Hon. Patrick Flanagan, District Judge
Ristenpart Law
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

COURT OF APPEALS
OF
NEVADA

(O) 1947B